

Christina Ctorides, Esq., Partner
* Admitted in NY & NJ

589 EIGHTH AVENUE - 21ST FLOOR
NEW YORK, NY 10018
TEL: 800-784-5140
TEL: 212-596-7656
FAX: 212-221-3061
www.LawJW.com

ChristinaC@LawJW.com

*PLEASE NOTE OUR NEW NEW YORK ADDRESS*

December 13, 2021

<u>Via E-Filing</u>
Judge Lorna G. Schofield
United States District Court, Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

  Re:  Hye, Patrick v. The United States of America
     Case No. 1:21-cv-06304
     Our File No.: 21-001199

     Hye v. Stone, et al., No. 21-cv-10484

Dear Judge Schofield:

This firm represents the Plaintiff, Patrick Hye, in the aforementioned matter.

On December 3, 2021, Your Honor, entered an Order directing that the Plaintiff file an amended complaint by December 13, 2021.

With the consent of David Farber, Assistant United States Attorney, for Defendant USA, I respectfully request a one-week extension to file the amended complaint. Since the filing for the Notice of Removal, we have been communicating with the firm of Heidell Pittoni Murphy and Bach which represents the individually named doctors, not employed by the USA. By tomorrow, we hope to enter into a stipulation amending the caption, wherein we shall remove the names of the doctors who are employed by the USA, as well as NYU Langone Health System which does not employ any of the defendants. Once that is done, I will move forward with the filing of the amended complaint.

Thank you for the Court's consideration herein.

Respectfully yours,

*Christina Ctorides*

Christina Ctorides

CC/ka
cc: David Farber, Esq. (Via Ecf)

Application **GRANTED**. Plaintiff's time to file an amended complaint is extended to **December 20, 2021**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 20 in Case No. 21 Civ. 6304.

Dated: December 14, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE